**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:        Jay Baksa v. Rebecca McGuire

Appellate case number:     01-16-00337-CV

Trial court case number:    2013-73614B

Trial court:                      152nd District Court of Harris County

Appellant, Jay Baksa, timely filed his notice of appeal of a trial court judgment signed on February 6, 2016. *See* Tex. R. App. P. 25.1, 26.1. The clerk's record was filed on July 13, 2016, and the reporter's record was filed on December 2, 2016. Accordingly, appellant's brief is due on **January 2, 2017**. *See* Tex. R. App. P. 4.1(a), 34.1, 38.6(a).

On November 23, 2016, Baksa filed a motion to extend the deadline to file the appellant's brief. The motion is dismissed as moot.

It is so ORDERED.

Judge's signature: /s/ Terry Jennings
                          ☑ Acting individually      ☐ Acting for the Court

Date: _December 13, 2016_